| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JOANNE MARIE DAINTON, §
§
      Plaintiff, §
§
versus § CIVIL ACTION NO. 9:21-CV-117
§
COMMISSIONER OF SOCIAL §
SECURITY ADMINISTRATION, §
§
      Defendant. §

## ORDER

Pending is the Plaintiff, Joanne Marie Dainton's, *Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act* (Doc. No. 27). Magistrate Judge Zack Hawthorn issued a report recommending that the request be granted. (Doc. No. 28.) Neither party filed objections to the magistrate judge's report. It is therefore

**ORDERED** that the Report and Recommendation of the magistrate judge is **ADOPTED** and Plaintiff's motion (Doc. No. 27) is **GRANTED**. It is further

**ORDERED** that the Commissioner of Social Security pay Joanne Marie Dainton, in care of her attorney, Ronald Honig, an attorney fee in the amount of $4,996.28 and reimbursement of court costs in the amount of $402. Payment shall be mailed to: Joanne Marie Dainton, in care of her attorney, Ronald Honig, 9330 Lyndon B. Johnson Freeway, Suite 870, Dallas, Texas, 75243.

This award is subject to any beneficial, contractual and/or assignment-based interests held by the Plaintiff's attorney. If successful at the administrative level, Dainton is granted an extension of thirty days from receipt of the Notice of Award from the Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

SIGNED at Beaumont, Texas, this 12th day of September, 2023.

                                                *Marcia A. Crone*
                                      MARCIA A. CRONE
                                  UNITED STATES DISTRICT JUDGE