| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JOANNE MARIE DAINTON, §
§
       Plaintiff, §
§
*versus* §   CIVIL ACTION NO. 9:21-CV-117
§
COMMISSIONER OF SOCIAL §
SECURITY ADMINISTRATION, §
§
       Defendant. §

## ORDER

    Pending is a *Petition to Obtain Approval of a Fee for Representing a Social Security Claimant* filed by Mr. Ronald Honig, the plaintiff's attorney. (Dkt. #30.) Magistrate Judge Zack Hawthorn issued a report recommending that the request be granted. (Dkt. #32.) Neither party filed objections to the magistrate judge's report. It is therefore

    **ORDERED** that the Report and Recommendation of the magistrate judge is **ADOPTED** and Mr. Honig's *Petition to Obtain Approval of a Fee for Representing a Social Security Claimant* (Doc. 30) is **GRANTED**. Mr. Honig is awarded fees in the amount of $20,250 pursuant to 42 U.S.C. § 406(b).

**Signed this date**
**May 6, 2025**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE